UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,664 UNITED STATES CURRENCY,

    Defendant.
_____/

Case No. 1:25-cv-157

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

    This is a civil forfeiture action initiated by the government's February 12, 2025 Complaint for Forfeiture in Rem (ECF No. 1).  On March 10, 2025, Claimants Ahmad Rashid Peoples and Antonia Michelle Torres filed a "verified response" and three counterclaims against various local and federal law enforcement officers for money damages (ECF No. 5).  The government filed a Motion to Strike Verified Response to Complaint for Forfeiture in Rem and to Dismiss Counterclaims (ECF No. 6), which Claimants opposed (ECF No. 7).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court grant the government's motion.  The matter is presently before the Court on Claimant Torres' objections to the Report and Recommendation, to which the government filed a response.  In accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made.  For the following reasons, the objections are properly denied.

The Magistrate Judge recommends that this Court grant the government's motion to strike because Claimants fail to establish the necessary statutory standing to support a claim to the Defendant Currency (R&R, ECF No. 8 at PageID.41–43).  The Magistrate Judge further recommends that Claimants' counterclaims against various local and federal law enforcement officers be dismissed without prejudice (*id.* at PageID.43).  The Magistrate Judge points out that because this is a proceeding in rem against Defendant Currency, Claimants are not opposing another party and therefore cannot bring counterclaims (*id.*).

In her objections, Claimant Torres argues that the government was required to obtain a federal criminal indictment against Defendant Currency and/or that resolution of Defendant Currency should be decided after the state criminal charges against Claimant Peoples are completed (Objs., ECF No. 9 at PageID.47–50).  Claimant Torres also contends that the government failed to obtain an arrest warrant in rem against Defendant Currency (*id.* at PageID.48).

Claimant Torres has not identified any factual or legal error by the Magistrate Judge.  As pointed out by the government in response, it is well established that there need be no federal criminal charges or conviction for the government to seek civil forfeiture or property (ECF No. 14 at PageID.68–69, citing, e.g., *United States v. $31,000.00 in U.S. Currency*, 872 F.3d 342, 344 (6th Cir. 2017) ("The federal law governing civil in rem forfeiture actions gives the government authority to seize items it suspects were used in furtherance of criminal activity and to commence civil in rem proceedings against the property without charging the property's owner with a crime.") (citations omitted)).  And the government attaches its February 20, 2025 "warrant for arrest in rem" (ECF No. 14-1).  In sum, the objections lack merit and are properly denied.  Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court.

Therefore:

**IT IS HEREBY ORDERED** that the Objections (ECF Nos. 9 & 12) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the government's Motion to Strike Verified Response to Complaint for Forfeiture in Rem and to Dismiss Counterclaims (ECF No. 6) is GRANTED, and the Verified Response (ECF No. 5) is STRICKEN and the counterclaims alleged therein (*id.* at PageID.14–19) are DISMISSED WITHOUT PREJUDICE.

Dated: September 16, 2025                                                      /s/ Jane M. Beckering
                                                                                              JANE M. BECKERING
                                                                                              United States District Judge